AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

EASTERN DISTRICT OF WISCONSIN

DESIGN BASICS, LLC,
PRIME DESIGNS, INC.,
PLAN PROS, INC.,
       Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 14-CV-1102

LEXINGTON HOMES, INC.,
TEAM STIMPSON LLC,
TAILWIND CROSSINGS, LLC,
PONDS OF MENASHA, LLC,
FIELDSTONE INVESTMENTS, LLC,
CENTENNIAL CENTRE, LLC,
JEFFREY T. MARLOW,
MICHELLE L. STIMPSON,
       Defendants

ACUITY A MUTUAL
 INSURANCE COMPANY
       Intervenor Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

     **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered against Plaintiffs and in favor of Defendants.

Approved: s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court

Dated: September 30, 2016.

JON W. SANFILIPPO
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk