UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DESIGN BASICS, LLC, et al.,

    Plaintiffs,

v.                                          Case No. 14-C-1102

LEXINGTON HOMES, INC., et al.,

    Defendant.

## ORDER

Plaintiffs have moved to seal their opposition (ECF No. 129) to the Defendants' motion seeking attorneys' fees. They argue that their opposition brief, of necessity, includes confidential matters, including billing rates, that this court has already sealed. Even if true, however, the brief is sixteen pages long and every word of the brief does not touch on confidential matters. Accordingly, the motion to seal [128] is **GRANTED** conditioned upon Plaintiff filing a version of the brief that suitably redacts only the matters deemed confidential. Defendants are likewise directed to file a redacted version of their brief filed in support of their motion for attorneys fees [ECF No. 122] heretofore filed under seal or otherwise restricted.

**SO ORDERED** this 22nd day of March, 2017.

                                                    /s William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court